**Douglas and Carol STRAUB, H/W**

v.

**CHERNE INDUSTRIES
and Dealers Service**

**Appeal of Cherne Industries.**

**Douglas Straub and Carol Straub, H/W**

v.

**Cherne Industries and Dealers Service**

**Appeal of Cherne Industries.**

Supreme Court of Pennsylvania.

Argued Oct. 18, 2006.

Decided Nov. 3, 2006.

Daniel Lloyd Hessel, Esq., Gaele M. Barthold, Esq., Cozen O'Connor, Thomas F. Reilly, Esq., Swartz, Campbell, L.L.C., Philadelphia, for Cherne Industries.

Laura A. Feldman, Esq., Thomas Joseph Duffy, Esq., Michael A. Hamilton, Philadelphia, for Douglas and Carol Straub.

Joseph P. Connor, Esq., Connor, Weber & Oberlies, Paoli, for Dealers Service.

Frank P. Murphy, Esq., Murphy, Woodward & Haskins, Norristown, for amicus

curiae Pennsylvania Trial Lawyers Association.

James Michael Beck, Esq., Dechert L.L.P., Philadelphia, for amicus curiae Product Liability Advisory Council, Inc.

BEFORE: CAPPY, C.J., and CASTILLE, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

*ORDER*

PER CURIAM.

Appeals dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.

**Leonard BOLDEN, Appellee,**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 16, 2006.

Decided Nov. 3, 2006.

Eakin, J., concurring and dissenting) ("Although this Court must defer to the credibility findings of the PCRA court in cases where contested material facts are at issue, the determination of the reasonableness of counsel's conduct under the Sixth Amendment—the performance prong of *Strickland*—is not one warranting any particular deference to the PCRA hearing judge, particularly where, as here, that judge is not the same judge who presided at trial.").

Adam Anthony DeSipio, Esq., Saul H. Krenzel, Esq., Krenzel, Saul H. & Associates, for Southeastern Pennsylvania Transportation Authority.

Steven M. Lafferty, Esq., William Louis Myers, Jr., Esq., Philadelphia, for Leonard Bolden.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

■

**In re ESTATE OF Lynn D. DEBONE.**

**Appeal of Christina Debone.**

Supreme Court of Pennsylvania.

Submitted June 29, 2006.
Decided Nov. 21, 2006.

David Albert Colecchia, Esq., Law Care, Greensburg, for Christina Debone.

Francis Robert Murrman, Esq., Greensburg, for Melissa Debone.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of November, 2006, the Order of the Superior Court dismissing the above-captioned appeal as premature is REVERSED. The matter is REMANDED to the Superior Court for disposition on the merits. *Estate of Georgiana,* 312 Pa.Super. 339, 458 A.2d 989 (1983) *affirmed* 504 Pa. 510, 475 A.2d 744 (1984); Pa.R.A.P. 342 Note; as amended June 29, 2005.

■

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Bureau of Driver Licensing, Appellant,**

v.

**Louis E. GOMBOCZ, Jr., Appellee.**

Supreme Court of Pennsylvania.

Argued April 13, 2005.
Decided Nov. 21, 2006.

